UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN L. STOJIC,

    Plaintiff,

v.

    File no: 1:18-CV-458

    HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation (ECF No.18) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act 28 U.S.C. §2412 (ECF No. 18) is **GRANTED**.

Date:  February 21, 2019      /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            CHIEF UNITED STATES DISTRICT JUDGE